■ LEROY H. SCHEIDELMAN et al., Respondents, v ROBERT CASTLE et al., Appellants▮

▮Present—Dillon, P. J., Doerr, Green and Lawton, JJ.